## INDEX OF EXHIBITS

Pung Deed ..................................................................................... Exhibit A

Homestead Affidavit ..................................................................... Exhibit B

Michigan Tax Tribunal Decision ................................................... Exhibit C

State of Michigan Fact Sheet (Webpage) ...................................... Exhibit D

Isabella County Trial Court Opinion and Order ............................ Exhibit E

Mich. Court of Appeals Decision (2015) ...................................... Exhibit F

Transcript of Hearing .................................................................... Exhibit G

Certificate of Forfeiture ................................................................ Exhibit H

Isabella County Trial Court Opinion and Order ............................ Exhibit I

Mich. Court of Appeals Decision (2017) ...................................... Exhibit J

Michigan Supreme Court Order .................................................... Exhibit K

Treasurer's Deed ........................................................................... Exhibit L

Isabella County Property Record Sheet ........................................ Exhibit M

Order, *Pickens v Pung* ................................................................. Exhibit N

Real Estate Listing ........................................................................ Exhibit O

Pung (PR) Affidavit ...................................................................... Exhibit P

Defendants' Discovery Responses ................................................ Exhibit Q

Defendants' Supplemental Discovery Responses ......................... Exhibit R

Interest Calculation Sheet ............................................................. Exhibit S

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com