

**EXHIBIT A**
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

C0170

**RECORDED IN DEEDS**

LIBER **720** PAGE **337**

STATE OF MICHIGAN
COUNTY OF ISABELLA
RECEIVED FOR RECORD

AUG 7 2 29 PM '91

WARRANTY DEED—SHORT—891 (Rev. 1967)
(PHOTO COPY FORM)

SPACE ABOVE FOR REAL ESTATE TRANSFER STAMP

*[signature]*
REGISTER OF DEEDS

**This Indenture**, made AUGUST 5, 19 91
BETWEEN DONALD R. SANDBROOK and ELNA MAE SANDBROOK, husband and wife,
of 7301 29th Avenue, Bradenton, Florida 34209-5390,

parties of the first part,

and TIMOTHY SCOTT PUNG, a single man,

party of the second part,

whose address is 621 Andre Street, Mt. Pleasant, Michigan 48858.

Witnesseth, That the said party of the first part, for and in consideration of One Hundred Twenty-Five Thousand ———
($125,000.00)——————————————————————————————————— DOLLARS
to him in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, does by these presents, grant, bargain, sell, remise, release, alien and confirm unto the said party of the second part, his heirs and assigns, FOREVER, all that certain piece or parcel of land situated and being in the Township
of Union County of Isabella and State of Michigan, and described as follows, to-wit:

Lot 4 of Pointe Royale according to the Plat recorded in Liber 9
of Plats, Page 51, Union Township, Isabella County, Michigan.

Subject to easements and restrictions of record.

MICHIGAN REAL ESTATE TRANSFER TAX
DEPT of TAXATION - ISABELLA COUNTY
$ 137.50
1380  08/07/91
13547

STATE OF MICHIGAN
COUNTY OF ISABELLA
I HEREBY CERTIFY that there are no tax liens or titles held by the State or individuals on the lands described in the within instrument, and that all taxes are paid as shown by the records of this office for five years.
Treasurer of Isabella County

Together with all and singular the hereditaments and appurtenances thereunto belonging or in anywise appertaining: To Have and to Hold the said premises, as herein described, with the appurtenances, unto the said party of the second part and to his heirs and assigns, FOREVER. And the said party of the first part, for himself, his heirs, executors and administrators, does covenant, grant, bargain and agree to and with the said party of the second part, his heirs and assigns, that at the time of the delivery of these presents he is well seized of the above granted premises in fee simple; that they are free from all incumbrances whatever

and that he will, and his heirs, executors, and administrators shall *Warrant and Defend* the same against all lawful claims whatsoever.

When applicable, pronouns and relative words shall be read as plural, feminine or neuter.
In Witness Whereof, The said party of the first part has hereunto set his hand the day and year first above written.

Signed, and Delivered in Presence of

*Donald R Sandbrook*
Donald R. Sandbrook

*James A Simcox*
James A. Simcox

*Elna Mae Sandbrook*
Elna Mae Sandbrook

*Robert L Gorrell*
Robert L. Gorrell

**STATE OF MICHIGAN,**
COUNTY OF ISABELLA ss.

on AUGUST 5, 19 91.
before me, a Notary Public, in and for said County, personally appeared
Donald R. Sandbrook and Elna Mae Sandbrook
to me known to be the same person S described in and who executed the within instrument, who acknowledged the same to be their free act and deed.

4. PREPARED WITHOUT OPINION:
Charles A. Parlos (P37963)
154 W. Michigan Avenue
Jackson, Michigan 49201
(517) 787-4764

*James A Simcox*
James A. Simcox  Notary Public,
Isabella  County, Michigan,
My commission expires August 15, 1994

SEE FOOT NOTES ON OTHER SIDE