

Michigan Department of Treasury
T-1056 (7/94)

Issued under P.A. 331 of 1993
Filing is required if you wish ...

# AFFIDAVIT FOR HOMESTEAD EXEMPTION FROM SOME SCHOOL PROPERTY TAXES

This affidavit allows you to claim an exemption of your homestead from a portion of your school property taxes. For your homestead to be eligible, you must own and occupy it as your legal principal residence. You may claim an exemption for only one homestead and for eligible agricultural property. You must complete all sections of this form that apply to you and sign it. If you do not, your exemption may be delayed. **File this form by March 1, 1994** with the township or city where your property is located.

## Section 1
*If there are more than 2 legal owners, attach a separate list giving the name and Social Security number of each.*

1. PUNG, TIMOTHY S
   3176 ST ANDREWS ST
   MT PLEASANT    MI 48858-0000

   Isabella County    Charter Twp of Union
   Check one:    XXX Township    City

2. Owner's Social Security Number: [redacted]
3. Co-owner's Social Security Number:

   Street address of property if different than 1:

4. This is your property tax identification number:
   14-120-00-004-00

   1993 Equalized Value:    37007
                            63,500

*If you live in a one-family home, classed residential, and own no agricultural land skip sections 2, 3 & 4.*

**Section 2: Agricultural Property.** If your homestead is located on land classified by the assessor as agricultural or is adjacent to property you own that is classified as agricultural, place an X in the box to the right and complete the next four items. ☐

a. Is your principal residence located on the parcel identified in item 4? ............ Yes ☐ No ☐
b. If no, is the parcel identified in item 4 unoccupied, classified as agricultural, and not rented to another person? ............ Yes ☐ No ☐
c. Is the parcel identified in item 4 adjacent or contiguous to your homestead? ............ Yes ☐ No ☐
d. Did your 1993 gross receipts for your entire agricultural/horticultural operation exceed your household income (as defined for income tax purposes)? ............ Yes ☐ No ☐

**Section 3: Multi-unit and Multi-Purpose Buildings.** If you own and live in a unit in a multiple-unit dwelling or in a multi-purpose building give the percentage of the entire building that your unit (your principal residence) occupies. This information is necessary for your township or city to adjust your property taxes properly.

**Section 4: Cooperative housing corporations.**    Number of leased units?    Total number of units?

**Certification:** This affidavit is invalid unless it is signed.
I certify, under penalty of perjury, that I own (or co-own) the property claimed on this affidavit, that it is my principal residence (or eligible agricultural property), that I am filing an affidavit for only one dwelling, and that all information is true to the best of my knowledge.

Owner's Signature: *Timothy S. Pung*    Date: 2/16/94    Co-owner's Signature:    Date:

Return To:    Union Township
              2010 S Lincoln    0 0 7 2 0 0 0 7 0 0 9
              Mt. Pleasant, Michigan 48858