

Email Agent ♡ Save

< Mount Pleasant, M ✕

By Tom Garner with CENTURY 21 White House Realty



Pending | For Sale | 1 / 30

Veterans: Check Eligibility for a $0 Down VA

$219,900

2 bed    2.5 bath    3,086 sqft    0.69 acre lot

3176 Saint Andrews Dr,
Mount Pleasant, MI, 48858

🚗 Commute time
🔊 Noise: **N/A** ⓘ
🌊 FEMA Zone **X** (est.) • Flood Factor 💧 **6** /10  NEW

$724/mo

Map

This property has multiple listings:  Listing 1 | Listing 2

| Property Type | Single Family Home | Days on Realtor.com | 58 Days |
| --- | --- | --- | --- |
| Year Built | 1972 | Price per sqft | $71 |
| Garage | 2 Cars | Style | Ranch |

Ask a question    Share this home

🚪 **Open Houses**                                                          ⌄

[← back]  Email Agent  ♡ Save  [×]

### 🧮 Monthly Payment ⌄

### 🏠 Property History ⌄

### 🎓 Nearby Schools ⌄

### 🌳 Neighborhood ⌄
Sponsored by Allstate

### 💲 Nearby Home Values ⌄

### 🎖 Veterans & Military Benefits ⌄
Sponsored by Veterans United Home Loans

## More about this property

[ 👤 Full Name ]

[ ✉ Email ]

[ 📞 Phone ]

[ I am interested in 3176 Saint Andrews Dr. ]

☐ I have served in the U.S. Military.

☐ Get pre-approved by a lender.

( Email Agent )

3176 Saint Andrews Dr, Mount Pleasant, MI, 48858 | realtor.com®

  Email Agent  Save 

condition of any purchase; this applies regardless of whether you check, or leave un-checked, any box above. More...

**Presented by:**

REALTOR® Tom Garner

**Brokered by:**



CENTURY 21 White House Realty

(231) 972-7676

| | |
|---|---|
| Broker Location: | Canadian Lakes, MI |
| Data Source: | MichRic |
| Source's Property ID: | 20040453 |
| Data Source Copyright: | ©2020 Michigan Regional Information Center, LLC - MichRIC. All rights reserved. |

       

| | | |
|---|---|---|
| About us | Careers | Feedback |
| Media room | Ad Choices | Advertise with us |
| Agent support | Privacy | Terms |
| Home Made | Tech Blog | Sitemap |

**Do Not Sell My Personal Information**

© 1995-2020 National Association of REALTORS® and Move, Inc. All rights reserved.