UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michael Pung,

          Plaintiff(s),

v.                                              Case No. 1:20−cv−13113−DPH−PTM
                                              Hon. Denise Page Hood

Patricia DePriest, et al.,

          Defendant(s).

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH  45202−3988

and all interested parties, by electronic means or first class U.S. mail, on October 18, 2022.


                                                      KINIKIA D. ESSIX, CLERK OF COURT


                                                  By: s/ Tracy A Thompson
                                                       Deputy Clerk


Dated:   October 18, 2022