UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL PUNG, as personal
representative of the Estate of
Timothy Scott Pung,

      Plaintiff,

v.

COUNTY OF ISABELLA, STEVEN W.
PICKENS, in his official and personal
capacity, and PATRICIA DePRIEST,
in her personal capacity,

      Defendants.
_____/

CASE NO. 20-13113
HON. DENISE PAGE HOOD

## ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR ATTORNEY FEES [ECF No. 41] and MOTION TO STRIKE [ECF No. 45]

This matter is before the Court on Magistrate Judge Patricia T. Morris' Report and Recommendation regarding Plaintiff's Motion for Attorney Fees [ECF No. 41] and Motion to Strike. [ECF No. 45] Neither party filed any objections to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has

raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [ECF No. 51, filed December 8, 2022] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees [ECF No. 41, filed October 28, 2022] is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Strike [ECF No. 45, filed November 8, 2022] is **DENIED**.

IT IS ORDERED.

                                        s/Denise Page Hood
                                        DENISE PAGE HOOD
DATED: January 4, 2023            United States District Judge