UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL PUNG

                    Plaintiff(s),                    Case No.  20-cv-13113

v.                                                   Hon. Denise Page Hood

ISABELLA COUNTY                                      Hon. Patricia T. Morris, Magistrate Judge

                    Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that _Michael Pung_____ appeals to

the United States Court of Appeals for the Sixth Circuit from the:  ☐ Judgment  ☑ Order

☐ Other: _____

entered in this action on _March 31, 2026_____ .

Date:  April 10, 2026                          /s/ Philip L. Ellison_____

Counsel is:  RETAINED                          Outside Legal Counsel PLC
                                               PO Box 107
                                               Hemlock, MI 48626
                                               (989) 642-0055
                                               pellison@olcplc.com

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $605.00 check payable to:  Clerk, U.S. District Court.