# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 27, 2026

Clerk
United States Court of Appeals
  for the Sixth Circuit
540 Potter Stewart United States Courthouse
100 E. Fifth Street
Cincinnati, OH 45202-3988

```
┌──────────────────────────────┐
│            FILED             │
│         Jul 27, 2026         │
│  KELLY L. STEPHENS, Clerk    │
└──────────────────────────────┘
```

     **Re:  Michael Pung**
          **v. Isabella County, Michigan**
          **No. 25-95 (Your docket Nos. 22-1919, 22-1939)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                    Sincerely,

                    SCOTT S. HARRIS, Clerk

                    By

                    *M. Altner*
                    M. Altner
                    Assistant Clerk – Judgments

Enc.
cc:     All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 27, 2026

> **FILED**
>
> Jul 27, 2026
>
> KELLY L. STEPHENS, Clerk

Mr. Philip Lee Ellison, Esq.
Outside Legal Counsel PLC
530 West Saginaw St.
PO Box 107
Hemlock, MI 48626

Mr. Matthew T. Nelson, Esq.
Warner Norcross + Judd LLP
Suite 1500
Grand Rapids, MI 49503

Re: **Michael Pung**
    **v. Isabella County, Michigan**
    **No. 25-95**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Clerk's Costs:** | **$300.00** |
| **Printing Costs:** | **$3,649.94** |
| **Total:** | **$3,949.94** |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc: Clerk, 6th. Cir.
        (Your docket Nos. 22-1919, 22-1939)

# Supreme Court of the United States

FILED

Jul 27, 2026

KELLY L. STEPHENS, Clerk

No. 25–95

**MICHAEL PUNG, PERSONAL REPRESENTATIVE OF THE ESTATE OF TIMOTHY SCOTT PUNG**

Petitioner,

*v.*

**ISABELLA COUNTY, MICHIGAN**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Sixth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated, and the case is remanded to the United States Court of Appeals for the Sixth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, Michael Pung, Personal Representative of the Estate of Timothy Scott Pung, recover from Isabella County, Michigan, Three Thousand Nine Hundred Forty-Nine Dollars and Ninety-Four Cents for costs herein expended.

June 23, 2026

| | |
|---|---|
| **Clerk's Costs:** | $300.00 |
| **Printing Costs:** | $3,649.94 |
| **Total:** | $3,949.94 |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States